UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| FABIO LUIZ DE CAMARGO,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Defendants. | Case No. 4:26-cv-07667-KAW<br>**ORDER REQUIRING FILING OF MOTION FOR DEFAULT JUDGMENT**<br>Re: Dkt. No. 13 |

On November 4, 2026, the Clerk entered default against Defendants Markwayne Mullin, Joseph Edlow, and Robin L. Barrett. Accordingly, Plaintiff shall file their motion for default judgment within 90 days of this order, absent extension by the Court.

IT IS SO ORDERED.

Dated: November 5, 2026

KANDIS A. WESTMORE
United States Magistrate Judge